**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GARY LEE ROSENBAUM, JR.,

     Plaintiff,

-vs-                                                      CASE NO. 6:24-cv-00522-PGB-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC., and
EDFINANCIAL SERVICES, LLC,

     Defendants.

## <u>NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.</u>

COMES NOW Plaintiff, GARY LEE ROSENBAUM, JR., by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 18th day of April, 2024.

                                        **/s/Octavio Gomez**
                                        Octavio "Tav" Gomez
                                        Florida Bar #:0338620
                                        Georgia Bar #: 617963
                                        Pennsylvania #: 325066
                                        The Consumer Lawyers, PLLC
                                        412 E. Madison St, Ste 916
                                        Tampa, FL 33602

1

Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 18th day of April, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*

2