**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GARY LEE ROSENBAUM, JR.,

  Plaintiff,

                                          CASE NO.: 6:24-cv-00522-PGB-DCI

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. and EDFINANCIAL
SERVICES, LLC,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EDFINANCIAL SERVICES, LLC

COMES NOW Plaintiff, GARY LEE ROSENBAUM, JR. and Defendant, EDFINANCIAL SERVICES, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant EDFINANCIAL SERVICES, LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of July, 2024.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

*/s/Richard B. Weinman*
RICHARD B. WEINMAN
Florida Bar No.: 231370
329 Park Avenue North, 2nd Floor
Winter Park, Florida 32789
E-Mail: rweinman@whww.com
Sec. dthompson@whww.com
Tel: (407) 423-4246
Fax: (407) 645-3728
*Attorneys for Defendant Edfinancial Services, LLC*

2