**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GARRY LEE ROSENBAUM, JR.,**

      **Plaintiff,**

**v.**                                                                     **Case No: 6:24-cv-522-PGB-DCI**

**EDFINANCIAL SERVICES, LLC,**

      **Defendant.**

                                  /

**ORDER**

    This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice as to Edfinancial Services, LLC, filed July 1, 2024. (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Edfinancial Services, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on July 2, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties